**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.S.**                                    **CRIMINAL ACTION NO. 3:05CR-102-R**

**JOE MCQUEEN**                                                             **DEFENDANT**

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY IN FELONY CASE**

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with retained counsel, Robert C. Webb, appeared before me on August 15, 2005, was arraigned, and entered a plea of guilty as to Count 1 of the Information pursuant to a Rule 11 (c)(1)(B) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Information, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

Upon motion of the United States,

**IT IS HEREBY ORDERED** that the defendant is released on his own recognizance pending sentencing before the District Court, with a special condition that he report to the United States Probation Office as directed.

Official Court Reporter:     Carola Strijek

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

-2-

0 | 25